# ANTHONY J. SIANO, ESQ., PLLC

### A PROFESSIONAL CORPORATION
### 333 WESTCHESTER AVENUE · SUITE 302
### WHITE PLAINS, NEW YORK 10604

---

### (914) 997-0100
### FAX (914) 997-4179

ANTHONY J. SIANO

**By Electronic mail**

June 1, 2021

Hon. Stanley R. Chesler
United States District Judge
United States District Court
50 Walnut Street
Newark, New Jersey 07102

      Re:    United States v. Maurizio Parlato
               Dkt No. 20-CR-00740-SRC

Dear Judge Chesler:

      I am counsel for the defendant in the above captioned case.

      As one of the conditions of my client's pre-trial release, his freedom to travel was restricted. He surrendered his United States and Italian passports to Pre-Trial Services after his initial appearance before the Court. I am requesting the Court's permission for my client to travel to Italy due to health issues involving his father.

      Mr. Parlato's parents are both elderly. His father, Raffaele Parlato, is ninety-one years of age, has recently endured some health issues and is not recovering well. He currently resides in Contrada Torre Fano, Pachino, Siracusa, Sicily. My client wishes to travel to Italy for three weeks to address his father's situation. My client has not been to visit his parents since mid-2020.

      An e-mail from the elder Mr. Parlao's physician is annexed. The message translates as follows:

> *"As you have learned from your sister and your mother, the health conditions of your father Raffaele have rapidly worsened. He has been transferred last week to the emergency Department of the Avola Hospital where they have diagnosed a pathology to his kidneys. Due to his age and his health conditions, any surgical procedure has been opted out by the doctors at the Hospital. Unfortunately, he is still in reserved prognosis.*
>
> *Kind regards*
> *Rossetta Basile"*

Assistant United States Attorney Catherine Murphy does not object to this temporary return of the two passports for this purpose.   I am annexing an Order on Consent relative to this request.

Respectfully submitted,

Anthony J. Siano

Encl.
cc:  AUSA Catherine Murphy (by electronic mail)

From: mpparlato@gmail.com,
To: tonysiano@aol.com,
Subject: Raffaele Parlato
Date: Fri, May 28, 2021 11:16 am
Attachments:

**From:** rossetta basile <basile.rossetta58@gmail.com>
**Date:** May 28, 2021 at 09:29:23 EDT
**To:** Maurizio Parlato <mpparlato@gmail.com>
**Subject: Re: Raffaele Parlato**

Come avrà saputo le condizioni cliniche di suo padre si sono aggravate rapidamente. E' stato ricoverato in ospedale ad Avola dove è stata riscontrata una patologia a carico dei reni .
In atto non sarà possibile intervenire chirurgicamente, viste l'età e le precarie condizioni di salute.
La prognosi purtroppo rimane riservata.
Cordiali saluti
Rossetta Basile





UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 20-00740-SRC |
| MAURIZIO PARLATO | : | |

ORDER ON CONSENT

By their signatures below, counsel for the parties consent to the issuance of this order.

/s/ Catherine R. Murphy

_____
Catherine Murphy, Esq.
Assistant United States Attorney
Office of the United States Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102

Anthony J. Siano, Esq.
Attorney for Defendant
333 Westchester Avenue
White Plains, New York 10604

NOW upon the letter application of counsel for defendant Maurizio Parlato, dated May ___, 2021, and with the consent of the Office of the United States Attorney:

IT IS ORDERED that:

1) The Office of Pre-Trial Services shall release the above named defendant's United States and Italian passports to him so as to allow the defendant to use those passports to travel to Italy for a period not exceeding three weeks, and for no other use.

2) Defendant and his counsel shall return promptly those passports to Pre-Trial Services after the above described travel is completed.

SO ORDERED:

_____
Hon. Stanley R. Chesler
United States District Judge

Dated:

1

To:        Pre-Trial Services
               AUSA Catherine Murphy
               Anthony J. Siano, Esq.