UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler |
| v. | Criminal No. 20-00740-SRC |
| MAURIZIO PARLATO | |

ORDER ON CONSENT

By their signatures below, counsel for the parties consent to the issuance of this order.

/s/ Catherine R. Murphy
_____

Catherine Murphy, Esq.
Assistant United States Attorney
Office of the United States Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102

_____
Anthony J. Siano, Esq.
Attorney for Defendant
333 Westchester Avenue
White Plains, New York 10604

NOW upon the letter application of counsel for defendant Maurizio Parlato, dated June 28, 2021, and with the consent of the Office of the United States Attorney:

IT IS ORDERED that:

1) The above named defendant may retain his United States and Italian passports so as to allow the defendant to use those passports to remain in Italy for a period not exceeding two additional weeks, and for no other use.
 - The time period is June 30 through July 14.

 - When the initial request was made Ms. Harkay told me the decision rested with the Court.

 - With this request, the PTSO (Ms. Harkay) has been copied on all my e-mails with AUSA Murphy and all the paperwork, at the time it was mailed and filed. No objection has been raised.

2) Defendant and his counsel shall return promptly those passports to Pre-Trial Services after the above described travel is completed.

SO ORDERED:

s/Stanley R. Chesler, U. S. D. J.
_____
Hon. Stanley R. Chesler
United States District Judge

Dated: 7/3/2021

Case 2:20-cr-00740-SRC   Document 16   Filed 06/28/21   Page 2 of 3 PageID: 125

To:        Pre-Trial Services
            AUSA Catherine Murphy
            Anthony J. Siano, Esq.