**ANTHONY J. SIANO, ESQ., PLLC**
*A PROFESSIONAL CORPORATION*
445 HAMILTON AVENUE, 11TH FLOOR
WHITE PLAINS, NEW YORK 10601

(914) 997-0100

ANTHONY J. SIANO

February 25, 2025

**By electronic mail**

Hon. Stanley R. Chesler
United States District Judge
United States District Court
50 Walnut Street
Newark, New Jersey 07102

      Re:    United States v. Maurizio Parlato
                Dkt No. 20-CR-00740-SRC

Dear Judge Chesler:

      I am counsel for the defendant in the above captioned case. By this letter, I apply for the annexed proposed order on consent in this case.

      Defendant Parlato has completed the home detention portion of his sentence. The defendant resides in the Southern District of Florida with his family. His supervised release is being handled by Probation Officer Daniel Tarafa. Mr. Tarafa is located in the Wilkie D. Ferguson Courthouse in Miami, Florida.

      Defendant Parlato wishes to travel to Italy from March 23, 2025 through April 8, 2025. As we have previously done, I have obtained the consent of Assistant United States Attorney Silane and am submitting a proposed order on consent to Your Honor.

      In addition, I have obtained the consent of the government as regards the matter I describe below.

      The draft order also addresses the handling of my client's passports going forward. I have spoken with Probation Officer Tarafa and he advises me that it is not the practice in the District Court in the Southern District of Florida to retain custody of the passports of defendants on supervised release. Rather, passports are customarily returned to the defendant in that District.

      Mr. Tarafa further informed my client that travel requests of persons supervised in that district are handled pursuant to "Standard Condition of Supervision #3", and that domestic travel is approved or disapproved by the Probation Office and foreign travel is approved or disapproved by the Court.

      That procedure is acceptable to the government, going forward, and the draft order includes a provision to release my client's passports to him.

      I ask the Court to sign the proposed order, which will lessen the logistical burden on the Pre-Trial Services Office in the District Court in New Jersey, on the United States Attorney's Office, and on my office as well, of course.

                                                           Respectfully submitted,

                                                           Anthony J. Siano

Encl.
cc:  AUSA Caroline Silane (by electronic mail)