UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Stanley R. Chesler

v.  :  Criminal No. 20-00740-SRC

MAURIZIO PARLATO  :

ORDER ON CONSENT

By their signatures below, counsel for the parties consent to the issuance of this order.

_ls/Carolyn Silane, Esq._____  
Carolyn Silane, Esq.  
Assistant United States Attorney  
Office of the United States Attorney  
District of New Jersey  
970 Broad Street  
Newark, NJ 07102  

Anthony J. Siano' Esq.  
Attorney for Defendant  
445 Hamilton Avenue  
White Plains, New York 10601  

NOW upon the letter application of counsel for defendant Maurizio Parlato, dated November 4, 2025, and with the consent of the Office of the United States Attorney:

IT IS ORDERED that:

1) The above-named defendant be allowed to travel to Europe from December 17, 2025 to January 5, 2026.

2) The Defendant will report back to his probation officer, Daniel Tarafa, upon his return.

**SO ORDERED:**

                                                      s/Stanley R. Chesler, U. S. D. J.

                                                      Hon. Stanley R. Chesler United
States District Judge

Dated: 11/4/2025

To:        Pre-Trial Services, DNJ
              U.S. Department of Probation, SD Fla.
              AUSA Carolyn Silane
              Anthony J. Siano, Esq.